Regdos v Cloutier (2023 NY Slip Op 03657)

Regdos v Cloutier

2023 NY Slip Op 03657

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

582 CA 22-01682

[*1]ADAM REGDOS, PLAINTIFF-APPELLANT,
v
JOSEPH CLOUTIER, ET AL., DEFENDANTS. NIAGARA COUNTY, NONPARTY-RESPONDENT. (APPEAL NO. 1.) 

SPARACINO & SPARACINO, PLLC, NORTHPORT (JESSIE M. DJATA OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (BRIAN P. CROSBY OF COUNSEL), FOR NONPARTY-RESPONDENT. 

 Appeal from an order of the Supreme Court, Niagara County (Deborah A. Chimes, J.), entered August 17, 2022. The order denied the motion of plaintiff for leave to substitute a party and to amend the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court